Corlis v. Tyler.

---

## JAMES CORLIS *v.* EDWARD A. TYLER.

Where the record is not certified as containing all the evidence introduced on the trial, and there is no statement of facts, bill of exceptions, or assignment of error apparent on the record, the appeal must be dismissed.

APPEAL, from the District Court of the First District, *Buchanan,* J.

*Kennicott,* for the plaintiff.

*Preston,* for the appellant.

MORPHY, J. This appeal must be dismissed. The transcript filed in this court by the appellant is not certified as containing all the evidence adduced on the trial. There is no statement of facts, no bill of exceptions, and no assignment of error apparent

on the face of the record, which can enable us to examine the matters passed upon by the Judge below. Code of Practice, arts. 586, 896, 897. 6 Mart, N. S. 127. 3 La. 294. 6 La. 144.

*Appeal dismissed.*